THOMAS A. MARINO
United States Attorney
J. JUSTIN BLEWITT, JR.
Assistant U.S. Attorney
Wm. J. Nealon Federal Building
235 N. Washington Avenue
Scranton, PA  18503
Attorneys for Plaintiff
Phone: 570-348-2800

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,  | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | 1:CV-00-0049 |
| | ) | |
| JANINE D. TORRES a/k/a  | ) | (Magistrate Judge Mannion) |
| JANINE D. SZITAS, | ) | |
|     Defendant. | ) | |

PETITION FOR SUPPLEMENTAL PROCEEDINGS

The plaintiff, by counsel, petitions the Court and says:

    1.  That jurisdiction of this Court is invoked pursuant to Federal Rules of Civil Procedure 26, 30(a)(b), 69(a), and 28 U.S.C. Section 636(a)(2);

    2.  Plaintiff owns a judgment that was entered on March 15, 2000 for plaintiff and against the above-named defendant in the sum of $4,724.32.  Said judgment debtor resides at 520 E. Philadelphia Street, York, PA 17403.  The judgment has not been satisfied, vacated or reversed and is one upon which execution may properly be issued.  The judgment remains unpaid and there is now due and owing on it the sum of $2,194.80.

    3. Plaintiff believes that the defendant has wages, assets, income, profits or other non-exempt property which can be applied to the satisfaction of said judgment.  The financial information requested of the debtor by the United States of America is necessary for effective collection of the aforesaid debt.

    WHEREFORE, the United States of America petitions this Honorable Court to enter an Order requiring the judgment debtor to appear, with;

1) a copy of her last two federal and state income tax returns;

2) all documents evidencing ownership of personal or real property having a value in excess of $100.00;

3) all records and documents that are listed on Attachment 'A'; and,

4) a completed Financial Statement Form OBD 500, a copy of which is attached hereto as Attachment 'B',

before the United States Magistrate Judge, at such time and place as the Court may direct for the purpose of examining the judgment debtor as to income and financial assets.

                          Respectfully submitted,

                          THOMAS A. MARINO
                          United States Attorney

               s/   J. Justin Blewitt, Jr.
                          _____
                          J. JUSTIN BLEWITT, JR.
                          Assistant U.S. Attorney

                          CARROLL A. TERRUSO
                          Paralegal Specialist

Date: 4/15/04


## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Petition for Proceedings Supplemental was served on the 15th day of April, 2004 via regular mail to:

JANINE D. TORRES SZITAS
520 E. Philadelphia Street
York, PA 17403

                          s/ J. Justin Blewitt, Jr.
                          _____
                          J. JUSTIN BLEWITT, JR.
                          Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | 1:CV-00-0049 |
| V. ) | |
| ) | (Magistrate Judge Mannion) |
| JANINE D. TORRES a/k/a ) | |
| JANINE D. SZITAS, ) | |
| Defendant. ) | **ATTACHMENT "A"** |

   You have been ordered to appear before the Magistrate and bring with you a copy of your last two federal and state income tax returns, all documents evidencing ownership of personal or real property having a value in excess of One Hundred Dollars, a completed Financial Statement Form OBD 500, and the following:

1. All records, including pay stubs, evidencing your gross wages and/or salary and/or commissions and net wages for the last twelve (12) months;

2. All records establishing ownership in all or part of any business as sole owner, partner, or stockholder and the financial condition of such business for the last three (3) years including a statement of assets, inventories, liabilities, gross and net income and the amount of any undistributed profits in the business;

3. Bank statements for all checking, savings and trust accounts for the last 12 months, in your name individually or jointly with others;

4. All trust agreements in which you are named trustee, trustor, or beneficiary;

5. All deeds, leases, contracts and other documents representing any ownership interest you have in any real property, and all deeds of trust, mortgages or other documents evidencing encumbrances of any kind on your real property;

6. All records and statements for certificates of deposit, savings bonds, stocks, bonds, coupons and mutual funds or other securities of any class you may own, including options to purchase any securities;

7.     Titles and registrations for all motor vehicles, recreational vehicles or boats you own or lease, either individually or jointly;

8.     All life insurance policies in which you are either the insured or the beneficiary;

9.     All promissory notes held by you and all other documents evidencing any money owed to you either now or in the future;

10.    All financial statements furnished by you within the past three (3) years;

11.    Proof of any conveyance of property, real or personal.  Conveyance is broadly defined to include any payment of money, assignment, release, transfer, lease, mortgage or pledge of tangible or intangible property, and also the creation of any lien or encumbrance.

12. A schedule of all regular expenses paid by you, such as installment debts, food, utilities, etc.  Include the amount paid, the payee, and if an installment debt, the amount of debt owing and any security pledged;

13.    All documents evidencing your receipt of any pension, disability compensation, retirement pay or other benefits from the United States or any other source;

14.    All leases, notes receivable, mortgages, liens, contracts and other documents evidencing income, dividends or royalties owed or paid to you;

15.    All records establishing your ownership interest in any property, real or personal, in the possession of or name of any person or corporation;

16.    An itemized list of all items owned and used in your trade or business and all records or documents indicating the value of such items.