```
          UNITED STATES DISTRICT COURT
          MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,    :
          Plaintiff,         :
                             : 1:CV-00-0049
     v.                      :
                             : (Magistrate Judge Mannion)
JANINE D. TORRES a/k/a       :
JANINE D. SZITAS,            :
          Defendant.         :
```

### NOTICE OF JUDGMENT DEBTOR EXAMINATION

TO: JANINE D. TORRES SZITAS

YOU WILL PLEASE TAKE NOTICE that pursuant to Rules 26 and 69(a) of the Federal Rules of Civil Procedure and the attached Judgment Debtor Subpoena, the United States of America, Plaintiff, will take the oral deposition of Janine D. Torres Szitas, Defendant, in the above titled action before the Honorable Malachy E. Mannion, United States Magistrate Judge, at <u>9:00 a.m.</u>, on <u>April 28, 2004</u>.

Dated: _____, 2004

                                   MARY E. D'ANDREA
                                   Clerk, U.S. District Court


                              By: _____
                                   Deputy Clerk