THOMAS A. MARINO
United States Attorney
J. JUSTIN BLEWITT, JR.
Assistant U.S. Attorney
Wm. J. Nealon Federal Building
235 N. Washington Avenue
Scranton, PA  18501
Phone:  (570) 348-2800

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff ) | |
| ) | 1:CV-00-0049 |
| v. ) | (Magistrate Judge Mannion) |
| ) | |
| JANINE D. TORRES a/k/a ) | |
| JANINE D. SZITAS, ) | MOTION TO TAPE-RECORD |
| Defendant. ) | <u>PROCEEDINGS</u> |

COMES NOW, the United States of America and waives the presence of a Court Reporter at the hearing in this matter on April 28, 2004 at 9:00 a.m., and the preparation of a transcript of such hearing.  The United States of America moves that the proceedings of said hearing, including the answers of JANINE D. TORRES SZITAS, Defendant, be recorded by means of a tape-recorder.

                                          Respectfully submitted,

                                          THOMAS A. MARINO
                                          United States Attorney

s/    J. Justin Blewitt
                                          _____
                                          J. JUSTIN BLEWITT, JR.
                                          Assistant U.S. Attorney

                                          CARROLL A. TERRUSO
                                          Paralegal Specialist

DATE: 4/15/04