```
THOMAS A. MARINO
United States Attorney
J. JUSTIN BLEWITT, JR.
Assistant U.S. Attorney
Wm. J. Nealon Federal Building
235 N. Washington Avenue
Scranton, PA 18503
Phone: (570) 348-2800
Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
|     Plaintiff, | : | |
| | : | |
|   Vs. | : | 1:CV-00-0049 |
| | : | |
| JANINE D. TORRES a/k/a | : | (Magistrate Judge Mannion) |
| JANINE D. SZITAS, | | |
|     Defendant. | : | |

CERTIFICATE OF NON-CONCURRENCE

J. Justin Blewitt, Jr., Assistant United States Attorney, hereby certifies that his office did not contact defendant Janine D. Torres, inquiring as to whether she had an objection to the filing of the within Motion as the defendant is proceeding pro se.

                                            THOMAS A. MARINO
                                            United States Attorney

                      s/    J. Justin Blewitt, Jr.
                                            _____
                                            J. JUSTIN BLEWITT, JR.
                                            Assistant U. S. Attorney

                                            CARROLL A. TERRUSO
                                            Paralegal Specialist

DATE: 4/15/04