UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 1:CV-00-0049 |
| | ) | |
| JANINE D. TORRES a/k/a | ) | (Magistrate Judge Mannion) |
| JANINE D. SZITAS, | ) | |
| Defendant. | ) | |

### O R D E R

Upon Plaintiff's Motion to Tape-Record Proceedings, it is hereby ORDERED and ADJUDGED that the Motion be, and the same is granted.

This 20th day of April, 2004.

/s/ Malachy E. Mannion
MALACHY E. MANNION
United States Magistrate Judge