UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| | : 1:CV-00-0049 |
| v. | : |
| | : (Magistrate Judge Mannion) |
| JANINE D. TORRES a/k/a | : |
| JANINE D. SZITAS, | : |
| Defendant. | : |

NOTICE OF JUDGMENT DEBTOR EXAMINATION

TO: JANINE D. TORRES SZITAS

YOU WILL PLEASE TAKE NOTICE that pursuant to Rules 26 and 69(a) of the Federal Rules of Civil Procedure and the attached Judgment Debtor Subpoena, the United States of America, Plaintiff, will take the oral deposition of Janine D. Torres Szitas, Defendant, in the above titled action before the Honorable Malachy E. Mannion, United States Magistrate Judge, at 9:00 a.m., on MAY 28, 2004.

Dated: APRIL 20, 2004

MARY E. D'ANDREA
Clerk, U.S. District Court

By: _____
Deputy Clerk