THOMAS A. MARINO  
United States Attorney  
J. JUSTIN BLEWITT, JR.  
Assistant U.S. Attorney  
311 Wm. J. Nealon Federal Building  
Scranton, PA 18503  
Phone: (570) 348-2800  
Attorneys for Plaintiff  

UNITED STATES DISTRICT COURT  
MIDDLE DISTRICT OF PENNSYLVANIA  

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| | : | |
| Vs. | : | 1:00-CV-0049 |
| | : | |
| JANINE D. TORRES, | : | (Magistrate Judge Mannion) |
| Defendant. | : | |

CERTIFICATE OF NON-CONCURRENCE

      J. Justin Blewitt, Jr., Assistant United States Attorney, hereby certifies that his office did not contact defendant Janine D. Torres inquiring as to whether she had an objection to the filing of the within Motion as the defendant is proceeding pro se.

      THOMAS A. MARINO  
      United States Attorney  

      s/ J. Justin Blewitt, Jr.  

      _____  
      J. JUSTIN BLEWITT, JR.  
      Assistant U. S. Attorney  

      CARROLL A. TERRUSO  
      Paralegal Specialist  

DATE: 5/26/04