UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | 1:00-CV-0049 |
| | : | |
| JANINE D. TORRES, | : | (Magistrate Judge Mannion) |
| Defendant. | : | |

O R D E R

_____AND NOW, this _____ day of _____, 2004, upon consideration of the Plaintiff's Motion to vacate our earlier Order in the above-captioned matter, IT IS HEREBY ORDERED THAT:

This Court's April 15, 2004 Order is hereby vacated.

MALACHY E. MANNION
United States Magistrate Judge