

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,           :
                    Plaintiff,      :
                                    :
                                    :
              v.                    :        1:00-CV-0049
                                    :
JANINE D. TORRES,                   :     (Magistrate Judge Mannion)
                    Defendant.      :

_____ O R D E R

_____AND NOW, this __26th__ day of __May__,

2004, upon consideration of the Plaintiff's Motion to vacate our

earlier Order in the above-captioned matter, IT IS HEREBY ORDERED

THAT:

        This Court's April 20, 2004 Order is hereby vacated.


                              _____
                              MALACHY E. MANNION
                              United States Magistrate Judge