```
THOMAS A. MARINO
United States Attorney
G. MICHAEL THIEL
Assistant U.S. Attorney
311 Wm. J. Nealon Federal Building
Scranton, PA  18503
Attorneys for Plaintiff
Phone:  (570)348-2800
```

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| | : | 1:CV-00-00049 |
| vs. | : | |
| | : | (Judge Kane) |
| JANINE D. TORRES, | : | |
| Defendant. | : | |

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURT:

   Kindly enter the appearance of G. Michael Thiel, Assistant United States Attorney and remove that of J. Justin Blewitt, Jr., as Counsel for the United States of America in the above-captioned case.

                                    Respectfully submitted,

                                    THOMAS A. MARINO
                                    United States Attorney


                                  s/ G. Michael Thiel
                                  _____
                                    G. MICHAEL THIEL
                                    Assistant U.S. Attorney

Date: 8/02/05